IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALVIN R. PIERCE, | ) |
| | ) |
| Plaintiff, | ) |
| | )  CIVIL ACTION NO. |
| v. | )    2:04cv985-T |
| | ) |
| JEAN DaBOUSE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After an independent and de novo review of the record, it is ORDERED as follow:

(1) Plaintiff's objections (Doc. No. 83) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 82) is adopted.

(3) Plaintiff's motion for preliminary injunction (Doc. No. 80) is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 2nd day of May, 2005.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE