IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALVIN R. PIERCE, #116839, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv985-T |
| | ) | (WO) |
| JEAN DABOUSE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that this action be and is hereby dismissed without prejudice.

DONE, this the 19th day of September, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE